1 | **WILLIAM J. MONAHAN, ESQ.  (SBN 111832)**
**BURRISS & MONAHAN, P.C.**
2 | **201 San Antonio Circle, Suite 160**
**Mountain View, CA  94040**
3 | **Telephone:  (650) 948-7127**
**Facsimile:    (650) 941-6709**
4
Former Attorneys for Defendant
5 | XIAOYU ZHANG

6

7 | UNITED STATES DISTRICT COURT

8 | NORTHERN DISTRICT OF CALIFORNIA

9 | *E-FILED - 6/17/05*

10 | MICROSOFT CORPORATION, a Washington corporation | No.  C-02-3215 RMW

11 | Plaintiff, | **STIPULATION AND ORDER RE: SUBSTITUTION OF ATTORNEY**

12 | vs.

13 |

14 | ALICE WANG, an individual aka LIFENG GEDDES and LIFENG WANG and LIFENG FENG WANG and ALICE WANG dba BEYONG 2K TECHNOLOGY, INC., and N.M. TECH. INC.; TIM D. LY an individual aka HOA D. LY; XIAOYU ZHANG an individual aka ALAN ZHANG and XIAO YU ZHANG; TONY WU an individual aka TONY JUN FAN WU and JUN FAN WU dba BEYOND 2K TECHNOLOGY, INC. and N.M. TECH. INC.; BEYOND 2K TECHNOLOGY INC., a California corporation; and N.M. TECH. INC., a California corporation,

20 | Defendants.

21

22 |     Defendant XIAOYU ZHANG, sued herein as XIAOYU ZHANG, an individual aka ALAN ZHANG and XIAO YU ZHANG ("Defendant") hereby substitutes himself in propia persona, as his own attorney in place of his former attorneys of record, William J. Monahan, Burriss & Monahan, P.C.  The mailing address and phone number for Defendant is:

26 | **XIAOYU ZHANG**
**470 S. 4th Street, Apt. 4**
27 | **San Jose, CA 95112**
**Phone: (408) 920-0916**
28

**STIPULATION [AND ORDER] RE: SUBSTITUTION OF ATTORNEY**                                              C-02-3215 RMW
- 1 -                           A:\SubAttorney.wpd

1  I consent to this substitution:

2

3  Dated: May 6, 2005                    /S/
                                          Defendant XIAOYU ZHANG
4

5

6  I consent to this substitution:

7
                                          BURRISS & MONAHAN, P.C.
8

9
   Dated: May 6, 2005                    /S/
10                                        WILLIAM J. MONAHAN,
                                          Former Attorneys for Defendant XIAOYU
11                                        ZHANG

12

13  **IT IS SO ORDERED**:

14

15  Dated: __6/17/05_____            __/S/ RONALD M. WHYTE_____
                                          UNITED STATES DISTRICT JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION [AND ORDER] RE: SUBSTITUTION OF ATTORNEY**                C-02-3215 RMW
                                    - 2 -           A:\SubAttorney.wpd