**E-FILED on**     3/2/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>ALICE WANG, an individual aka LI FENG GEDDES and LI FENG WANG and LIFENG FENG WANG and ALICE YANG dba BEYOND 2K TECHNOLOGY, INC. and N.M. TECH., INC.; TIM D. LY, an individual aka HOA D. LY; XIAOYU ZHANG, an individual aka ALAN ZHANG and XIAO YU ZHANG; TONY WU, an individual aka TONY JUN FAN WU and JUN FAN WU dba BEYOND 2K TECHNOLOGY, INC., a California Corporation and N.M. TECH., INC., a California Corporation,<br><br>    Defendants. | No. C-02-03215 RMW<br><br>ORDER TO SHOW CAUSE |

By order dated November 5, 2002 this court temporarily stayed the filing of dispositive pretrial motions as to defendants Alice Wang ("Wang") and Tony Wu ("Wu"), the taking of discovery as to Wang and Wu, and the setting of a trial date for the shorter of eighteen months or the conclusion of the parallel criminal proceedings against these defendants.[1]  This partial, temporary

---

[1] In January 2003 this stay was extended to defendant Xiaoyu Zhang for the same duration.

ORDER TO SHOW CAUSE—C-02-03215 RMW
SPT

stay lifted by no later than May 5, 2004.

On February 18, 2003 the court entered default against defendant Beyond 2K Technology, Inc. pursuant to motion by Microsoft. Plaintiff has not filed anything in this action since then. Plaintiff is hereby ordered to show cause by written declaration filed by March 13, 2007 why plaintiff's case should not be dismissed for failure to diligently prosecute. If no declaration showing good cause is timely filed, the case WILL BE DISMISSED.

DATED:  3/2/07

RONALD M. WHYTE
United States District Judge

**United States District Court**
For the Northern District of California

1  **Notice of this document has been provided to:**

2  **Counsel for Plaintiff:**

3  Jane H. Barrett
   DLA Piper Rudnick Gray Gary US LLP
4  1999 Avenue of the Stars, Fourth Floor
   Los Angeles, CA 90067

5
   Rachel R. Davidson
6  Kirkpatrick & Lockhart Preston Gates Ellis LLP
   55 Second Street, Suite 1700
7  San Francisco, CA 94105

8  Katherine M. Dugdale
   Perkins Coie LLP
9  1620 26th Street, Suite 600
   South Tower
10 Santa Monica, CA 90404

11 Kathleen O. Peterson
   Kirkpatrick & Lockhart Preston Gates Ellis LLP
12 1900 Main Street, Suite 600
   Irvine, CA 92614-7319

13

14 **Counsel for Defendants:**

15 Xiaoyu Zhang (PRO SE)
   470 South 4th Street, Apt. 4
16 San Jose, CA 95112

17 Robert C. Cheasty
   Law Offices of Cheasty & Cheasty
18 1604 Solano Ave
   Berkeley, CA 94707

19
   William P. Klein
20 Law Offices of William P. Klein
   4 Embarcadero Center, Suite 1400
21 San Francisco, CA 94111

22 Thomas J. Nolan
   Nolan, Armstrong, & Barton LLP
23 600 University Avenue
   Palo Alto, CA 94301

24

25 Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

26

27 **Dated:**     3/2/07                              SPT
                                              **Chambers of Judge Whyte**
28

ORDER TO SHOW CAUSE—C-02-03215 RMW
SPT                                               3